FILED BY _____ D.C.

JUN 23 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

1  **ANDY ALTAHAWI**

2  **423 SW 147th Ave # 706**

3

4  **Miami, FL 33185**

5  Plaintiff in *pro se*

6  <u>**UNITED STATES DISTRICT COURT**</u>

7  <u>**SOUTHERN DISTRICT OF FLORIDA**</u>

8  **ANDY ALTAHAWI**                              Case No.:   25-cv-22806-EAL

9              **Plaintiff,**

10

11         **v.**                                **COMPLAINT AND MOTION**
                                                **FOR PRELIMINARY**
12  **Camille Laurent,**            )           **INJUNCTION RELIEF FOR**
                                                **TRADEMARK INFRINGEMENT,**
13  **financescam.com,**           )            **DEFAMATION, AND DMCA**
                                                **ABUSE**
14  **intelligenceline.com,**       )

15  **and JOHN DOES,**               )

16

17         **Defendants.**

18  **&**

19  **Google Inc., Yahoo Inc., Bing Inc., &**

20  **Third-Party Service Providers and**

21  **webmaster.**

22

23

24

25

26

27

28

1 **<u>COMPLAINT FOR TRADEMARK INFRINGEMENT, DEFAMATION, AND DMCA</u>**

2 Plaintiff, Andy Altahawi, the owner of the federally registered trademark "ANDY ALTAHAWI"

3 (Reg. No. 90705003), brings this action against Defendants for their willful and wrongful acts

4

5 that include (a) unauthorized use and incorporation of Plaintiff's protected trademark into their

6 online content; (b) intentional and strategic abuse of the DMCA takedown and reinstatement

7 process designed to suppress Plaintiff's legitimate use of his mark and to divert online traffic for

8 commercial gain; and (c) the dissemination of false, defamatory, and injurious statements

9 regarding Plaintiff's Trademark and professional conduct that serve both to tarnish Plaintiff's

10 reputation and to dilute the distinctiveness of his mark. On or about June 5, 2025, Defendants

11

12 published multiple online articles on their platforms including financescam.com and

13 intelligenceline.com in which they inserted Plaintiff's mark without permission. These articles,

14 which were further supported by abusive numerous DMCA baseless reinstatement notices

15 asserting that Defendants own the Plaintiff's trademark.  The Defendants have not only damaged

16 Plaintiff's reputation through defamation but have also compromised the economic and

17

18 distinctive value of his federally registered mark. Additionally, the Plaintiff finally discovered

19 that the Defendants are running a boiler room operation from Russia and or Ukraine to blackmail

20 the Defendant and others. The Plaintiff seeks immediate injunctive relief and damages pursuant

21 to both the Lanham Act and related federal statutes, as well as a declaratory judgment to prevent

22 further abuse of the DMCA process.

23

24        **A.  PARTIES**

25 1. **Plaintiff:** Andy Altahawi is a US citizen and resident of Florida and is the owner of the

26   federally registered trademark "ANDY ALTAHAWI," which is used in connection with

27   financial consulting, legal services, and related fields. With over 36 years of experience in the

28

securities industry, was licensed as an investment banker since 1994 Plaintiff has cultivated a reputation for integrity and professionalism.

2. Plaintiff is a legal practitioner holds a law degree, and he is admitted in various jurisdictions as an attorney licensed outside the United States and an investment banker in the United States.

3. Plaintiff is the registered owner of the trademarked name "Andy Altahawi" under the federal registration number (90705003). The registration covers financial consulting; and advising in the field of mergers and acquisitions; financial consulting and advising in the field of initial public offerings; investment of funds; investment advisory; private equity consulting services; legal services; legal consulting related to securities laws; business law consultation in various jurisdictions.

4. Plaintiff has over 37 years' experience in the securities industry; he has been licensed as an investment banker since 1994.

5. The plaintiff has during all this time enjoyed a good reputation, both generally throughout his professional career.

6. **Defendant Camille Laurent**, the designated agent and editor for financescam.com and intelligenceline.com, and

7. Defendant is an unknown blogger/publisher/journalist running  boiler room blackmail operation out of Ukraine and or Russia,

8. **JOHN DOES**, (and other unidentified parties) who are presently designated as fictitiously named defendants pursuant to section 474 of the Florida Code of Civil Procedure, and who are alleged to have coordinated, through multiple online channels, the wrongful publication and DMCA abuse concerning Plaintiff's trademark.

9. The true names of defendants Camille Laurent the agent and editor of financescam.com,

intelligenceline.com and JOHN DOES, another third parties are unknown to plaintiff currently, however they are operating multiple URLs as (FinanceScam.com, Intelligenceline.com and others, unknown to Plaintiff). Plaintiff sues those defendants by such fictitious names pursuant to section 474 of the Code of Civil Procedure. The plaintiff is informed and believes, and based on that information and belief alleges, that each of the defendants designated as a DOE is legally responsible for the events and happenings referred to in this complaint and unlawfully caused the injuries and damages to the plaintiff alleged in this complaint.

10. The plaintiff is informed and believes, and based on that information and belief alleges, that at all times mentioned in this complaint, defendants were the agents and employees of their codefendants and in doing the things alleged in this complaint were acting within the course and scope of such agency and employment.

## B. JURISDICTION AND VENUE

11. This is an action for Trademark infringement, defamation, libel per se, and damages in excess of $ 75,000.00 thus meeting the requirements of 28 USC § 1332(a).

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1336 (trademark infringement claims), as Plaintiff's claims arise under the federal Lanham Act, as well as statutory provisions governing the abuse of the DMCA takedown process (including but not limited to Section 512(f) of the DMCA).

13. Venue: Venue is proper in the Southern District of Florida under 28 U.S.C. § 1391 because (a) Plaintiff is a resident of Miami-Dade County, Florida; (b) a substantial part of the events, including Trademark infringement and the dissemination of the infringing and defamatory content, occurred within this district; and (c) Defendants, though operating online and beyond Florida's borders, have directed communications and maintained an influential online presence

1   that reaches Florida residents.

2   14. Personal Jurisdiction: The Court may exercise personal jurisdiction over Defendants pursuant

3   to Fla. Stat. § 48.193 and established case law (see, e.g., Internet Sols. Corp. v. Marshall, 39

4   So. 3d 1201, 1215 (Fla. 2010); Wendt v. Horowitz, 822 So.2d 1252, 1260 (Fla. 2002)) because

5

6   Defendants have purposefully availed themselves of conducting online activities directed at

7   and impacting Florida residents.

8

9   **STATEMENT OF FACTS**

10   **ALLEGATIONS COMMON ALL COUNTS**

11

12   15. Trademark Registration and Distinctiveness: Plaintiff holds a valid, federally registered

13   trademark "ANDY ALTAHAWI" (Reg. No. 90705003), which covers services in financial

14   consulting, legal advisory, and related fields. Over the course of his professional career,

15   Plaintiff's mark has acquired substantial recognition and goodwill.

16   16. Unauthorized Use and DMCA Abuse: On or about June 5, 2025, Defendants published over

17   50 AI written articles that incorporated Plaintiff's trademark without authorization. These

18   articles falsely asserted that Defendants possessed rights in Plaintiff's mark, and they further

19   promoted allegations that Plaintiff was engaged in fraudulent crypto ventures, even though the

20   fact is the Dependent never touched Crypto, In addition, in a coordinated strategy to suppress

21   Plaintiff's legitimate use of his mark, Defendants abused the DMCA takedown process,

22   including the submission of husbands false reinstatement claims and retaliatory and threatening

23   communications by "Camille Laurent" via Google, that read's:

24   *"This is a battle you cannot win. By the time you file 40-50 DMCA notices daily, we keep*

25   *on adding 1 new site and 100+ articles. In 15 days when all the fake DMCA notices are*

28

1    *reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the*

2    *truth. Online censorship DOES NOT work.* " The Defendants have employed a coordinated,

3    multi-platform strategy functioning as a digital 'boiler room' operation with the singular goal

4    of destroying the Plaintiff's federally protected trademark, defaming his professional

5

6    reputation, and systematically diluting and suppressing his legitimate, lawfully published

7    content to serve their own malicious and commercially exploitative purposes.

8    17. Impact on Reputation and Trademark Distinctiveness: The Defendants' actions have resulted

9    in the defamation of Plaintiff's character by falsely portraying him as a fraudster and a

10   mastermind behind fraudulent business schemes. This not only harms Plaintiff's professional

11

12   reputation but also dilutes the distinctiveness and economic value of his trademark by

13   associating it with deceptive practices and unverified allegations.

14   18. Consumer Confusion and Economic Harm: Plaintiff contends that through the misuse of his

15   trademark and the publication of baseless claims, Defendants have created a likelihood of

16

17   consumer confusion. Consequently, Plaintiff's clients and prospective business relationships

18   have diminished due to the false portrayal of his professional integrity, resulting in significant

19   economic losses.

20   19. The entire statement that the Defendants are misrepresentation and false and abuse of the

21   Plaintiff trademark.

22
23   20. The article is libelous on its face. It clearly exposes Defendant blackmail, hatred, contempt,

24   ridicule and obloquy because it charges plaintiff with having committed and been convicted of

25   the crime of fraud which is nothing could be further from the truth.

26   21. Those articles were seen and read on or about June 5, 2025 by a number of people since it is

27   an article with public access.

28

22. As a proximate result of the above-described publication, the plaintiff has suffered loss of his reputation, shame, mortification, and injury to his feelings.

23. Because of defendants' malice in publishing, plaintiff seeks damages for violating the Plaintiff trademark.

Satisfaction of Condition Precedent

24. The Plaintiff provided notice to the Defendant, as required by Fla. Stat. § 770.01, and satisfied all conditions precedent to the filing of this lawsuit. A true and correct copy of the Fla. Stat. § 770.01 Notice Letter ("Notice Letter") is attached hereto. See Exhibit A (attachments to Notice Letter). The defendant has not complied with the Plaintiff's demands for retractions of the defamatory statements by way of publishing any such retractions.

**CAUSE OF ACTION**

**FIRST CAUSE OF ACTION**

*Defamation and infringement Per Se*

25. Plaintiff repeats and realleges the allegations contained in Jurisdiction and Venue.

26. Defendant's unauthorized incorporation of the protected mark (Reg. No. 90705003), "ANDY ALTAHAWI" into its content into hundreds' s of links and falsifying DMCA reinstatement notices constitutes infringement and dilution under the Lanham Act.

27. Defendants' actions create a likelihood of consumer confusion and dilute the distinctive quality of Plaintiff's mark.

28. Plaintiff has suffered and will continue to suffer irreparable harm in the absence of injunctive relief. (e.g., Moseley v. V Secret Catalogue, Inc. or similar cases on trademark dilution) that outline the requirements for proving dilution. Each and every allegation contained herein is

realleged and asserted as if set forth verbatim herein.

29. Defendant is infringing on the Plaintiff trademark and disseminated false information about plaintiff that was published to third parties, with the extent of these false allegations not having yet been fully realized.

30. As a direct result of the misconduct of the Defendant, the plaintiff suffered immeasurable economic loss to his personal and more importantly to his professional reputation, each of which have been forever diminished in the community which he serves.

31. Several of his clients, both prospective and those he had as a retainer, have already made it known that they no longer wish to have any future business dealings with Plaintiff.

32. The plaintiff is entitled to recover actual and compensatory damages. Additionally, plaintiff as a result of the acts of the defendants is entitled to an award of punitive damages in an amount to be determined by this honorable court.

## SECOND CAUSE OF ACTION

*Intentional Interference with Prospective Contractual Relations*

33. Each and every allegation contained herein is realleged and asserted as if set forth verbatim herein.

34. Plaintiff realleges all preceding allegations.

35. Defendants knowingly submitted a reinstatement of a DMCA takedown notices that were initiated by the Plaintiff that were materially false and intended not to protect copyright but rather to infringe on the Plaintiff trademark.

36. This misuse of the DMCA process violates the safe harbor provisions and subjects the Defendants to liability under Section 512(f) of the DMCA for knowingly misrepresenting the nature of Plaintiff's legitimate trademark content.

37. For instance, similar abuses have been recognized in cases where false DMCA reinstatement of claims resulted in liability for parties who attempted to reinstate an attack on a legitimate trademarked content via misrepresentation.

38. Defendants' actions constitute a deliberate strategy to infringe on the plaintiff advertised mark to divert online traffic for Defendants' benefit, at the expense of Plaintiff's established mark and reputation. In infringing on the Plaintiff trademark, and in publicly disseminating knowingly false information about plaintiff's unfitness to perform his work-related duties, defendants have caused plaintiff to lose a significant amount of business, in the form of existing clients electing to cease doing business with Plaintiff, and prospective clients electing to seek professional services elsewhere.

39. As a direct result of the misconduct of the Defendant, the plaintiff suffered immeasurable economic loss to his personal and more importantly to his professional reputation each of which have been forever diminished in the community which he serves.

40. Several of his clients, both prospective and those he had as a retainer, have already made it known that they no longer wish to have any future business dealings with Plaintiff.

41. Plaintiff is entitled to recover actual and compensatory damages. Additionally, plaintiff as a result of the acts of the defendants is entitled to an award of punitive damages in an amount to be determined by this honorable court.

## C. RULE OF LAW

42. To state a claim for defamation, either libel or slander, the plaintiff must allege that:

(1) the Defendants are infringing on the Plaintiff trademark and published a false statements;

(2) about the plaintiff;

(3) to a third party; and

(4) that the trademark infringement and falsity of the statement caused injury to the plaintiff.' *Matonis v. Care Holdings Grp., L.L.C., 423 F. Supp. 3d 1304, 1315 (S.D. Fla. 2019) (quoting Alan v. Wells Fargo Bank, N.A., 604 Fed. App'x. 863, 865 (11th Cir. 2015).*

43. A written publication constitutes libel per se under Florida law if, when considered alone and without innuendo, it

(1) charges that a person has committed an infamous crime;

(2) tends to subject one to hatred, distrust, ridicule, contempt, or disgrace; or

(3) tends to injure one in his trade or profession." Alan v. Wells Fargo Bank, N.A., 604 F. App'x 863, 865 (11th Cir. 2015).

44. The significance of the classification of a communication as actionable per se lies in the fact that its victim need not plead or prove malice (except where a privilege is involved) or special damage because malice and the occurrence of damage are both presumed from the nature of the defamation. *Wolfson v. Kirk, 273 So. 2d 774, 777 (Fla. Dist. Ct. App. 1973).*

45. In this complaint, Plaintiff asserts that his libel per se claim satisfies two of the three recognized bases: that the statements made by Defendant subject Plaintiff to hatred, distrust, ridicule, contempt or disgrace; and that the "statements tend to injure Plaintiff in his profession as a lawyer and a business person in the states of Florida, and other jurisdictions within which the Plaintiff practices his professional endeavors, whereas the hallmarks of an attorney include trustworthiness and professionalism.

46. Plaintiff asserts the statements identified in the Complaint portray him as a fraudster.

47. Plaintiff also contends that Defendant defamed him by publishing that the Plaintiff is involved

in a 'multi-prolonged fraud involving crypto.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Grant an Immediate Preliminary Injunction:**

   a. Enjoin Defendants from submitting any further false or pro forma reinstatement requests that misappropriate Plaintiff's trademark "ANDY ALTAHAWI" (Reg. No. 90705003); and

   b. Enjoin Defendants from publishing, reposting, or otherwise disseminating any content that infringes, misappropriates, or dilutes Plaintiff's trademark, whether on their own platforms or through any third-party websites.

2. **Order Compliance from Third-Party Service Providers and Webmasters:**

   a. Direct Google, Yahoo, and Bing, and any other search engine aggregators, to remove or block any cached or indexed content that infringes on Plaintiff's trademark from their search results, and

   b. Order the relevant website webmasters to take immediate action to remove or block access to the infringing content from their sites.

3. **Issue a Final Judgment:**

   Enter a final judgment against Defendants finding them liable for trademark infringement, dilution, abuse of the DMCA process, and defamation.

4. **Award Damages:**

   Award Plaintiff compensatory damages, exemplary and punitive damages, costs of the suit, and reasonable attorney's fees.

5. **Provide Declaratory Relief:**

Enter a declaration affirming Plaintiff's exclusive rights in his federally registered

trademark "ANDY ALTAHAWI" and declare that Defendants' actions are unlawful

under the applicable federal statutes.

6. **Grant Such Other and Further Relief:**

Grant such other and further relief as the Court deems just and proper.

Respectfully Submitted this June 16th, 2025

By Andy Altahawi

Plaintiff

Pro Se

_____ (Signature)

## MOTION FOR PRELIMINARY INJUNCTION AND ORDER REQUIRING REMOVAL

## OF INFRINGING CONTENT

### I. INTRODUCTION

Plaintiff, Andy Altahawi, hereby moves this Court for an immediate preliminary injunction to (1) restrain Defendants from further infringing upon Plaintiff's federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003) through their abusive use of the DMCA takedown and reinstatement process and through publishing false and defamatory content; and (2) order that third-party service providers including Google, Yahoo, and Bing and the webmasters responsible for hosting the infringing content remove or block such content from their systems. On or about June 5, 2025, Defendants unlawfully published content incorporating Plaintiff's trademark without authorization and submitted hundreds of false DMCA reinstatement notices in one week, that have resulted in wrongful reinstatement of malice and infringing content abusing the DMCA Takedown process. These actions irreparably harm Plaintiff's reputation and dilute the distinctiveness of his mark. The plaintiff seeks a comprehensive court order directing not only the Defendants but also requiring third parties to adhere to this injunction and remove, block, or otherwise disable access to the infringing content.

### II. FACTUAL BACKGROUND

1. **Trademark and Reputation:** Plaintiff is the owner of the federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), used in connection with financial consulting, legal services, and related fields. Over his 30-year professional career, Plaintiff has established nationwide recognition with a reputation for high standards and integrity.

2.  **Unauthorized Use and DMCA Abuse:** On or about June 5, 2025, Defendants published hundreds of an AI online article on websites including financescam.com and intelligenceline.com that unlawfully incorporated Plaintiff's mark. In those articles, Defendants also made unfounded and defamatory allegations regarding Plaintiff's involvement in fraudulent crypto ventures, untrue and groundless allegation. Moreover, Defendants employed the DMCA process to submit false reinstatement requests, claiming rights over Plaintiff's trademark. For example, Defendants' communications by "Camille Laurent" via Google, that read's: *"This is a battle you cannot win. By the time you file 40 - 50 DMCA notices daily, we keep on adding 1 new site and 100+ articles. In 15 days when all the fake DMCA notices are reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the truth. Online censorship DOES NOT work."* The Defendants have employed a coordinated, multi-platform strategy functioning as a digital 'boiler room' operation with the singular goal of destroying the Plaintiff's federally protected trademark, defaming his professional reputation, and systematically diluting and suppressing his legitimate, lawfully published content to serve their own malicious and commercially exploitative purposes.

3.  **Inadequate Remediation by Search Engines and Webmasters:** Despite Plaintiff's notices, search engines such as Google, Yahoo, and Bing continue to index the infringing content under their aggregation policies, while the webmasters of the hosting sites have failed to remove or block the offending material. This situation compounds the harm, as it perpetuates consumer confusion and further dilutes Plaintiff's trademark and reputation.

4.  **Irreparable Harm:** Plaintiff is irreparably harmed by the continued availability of the infringing content. Such harm includes the ongoing dilution of his trademark, the

misdirection of legitimate web traffic, loss of business relationships, and lasting defamation that no monetary award can fully redress.

### III. ARGUMENT

**A. Likelihood of Success on the Merits**

Plaintiff's claims arise under the Lanham Act, specifically 15 U.S.C. § 1125(a), governing trademark infringement and dilution, and under 17 U.S.C. § 512(f) regarding the misuse of the DMCA process. The plaintiff has established that Defendants' conduct misappropriates his federally registered trademark, causing consumer confusion and irreparable harm through defamation. Federal precedent, including cases addressing trademark dilution and bad-faith use of DMCA mechanisms, support the granting of injunctive relief in similar circumstances.

**B. Irreparable Harm and Need for Immediate Relief**

The nature of the online content and its rapid dissemination on high-traffic websites results in irreparable harm to Plaintiff's reputation and the economic value of his mark. Waiting for a full trial would allow the continued spread of these misleading claims. Injunctive relief would prevent further dilution of the trademark and mitigate ongoing harm.

**C. The Balance of Equities**

The balance of hardships favors Plaintiff. Plaintiff faces significant economic and reputational damages exacerbated by the unauthorized use of his mark, while Defendants and third-party providers such as search engines and webmasters would not be unduly burdened by a court order to cease hosting or indexing known infringing content, particularly once validated by a court order.

**D. Public Interest and Compliance by Third Parties**

Granting the injunction serves the public interest by preventing the abuse of the DMCA process and preserving the integrity of online communications. A comprehensive court order that enjoins

Defendants and requires action from search engines (Google, Yahoo, and Bing) and website webmasters ensures that infringing material is removed or blocked and that the digital ecosystem respects established trademark rights.

## IV. PRAYER FOR RELIEF

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Grant an Immediate Preliminary Injunction:**

   a. Enjoin Defendants from submitting any further false or pro forma reinstatement requests that misappropriate Plaintiff's trademark "ANDY ALTAHAWI" (Reg. No. 90705003); and

   b. Enjoin Defendants from publishing, reposting, or otherwise disseminating any content that infringes, misappropriates, or dilutes Plaintiff's trademark, whether on their own platforms or through any third-party websites.

2. **Order Compliance from Third-Party Service Providers and Webmasters:**

   a. Direct Google, Yahoo, and Bing, and any other search engine aggregators, to remove or block any cached or indexed content that infringes on Plaintiff's trademark from their search results, and

   b. Order the relevant website webmasters to take immediate action to remove or block access to the infringing content from their sites.

3. **Issue a Final Judgment:**     Enter a final judgment against Defendants finding them liable for trademark infringement, dilution, abuse of the DMCA process, and defamation.

4. **Award Damages:**     Award Plaintiff compensatory damages, exemplary and punitive

damages, costs of the suit, and reasonable attorney's fees.

5. **Provide Declaratory Relief:**     Enter a declaration affirming Plaintiff's exclusive rights in his federally registered trademark "ANDY ALTAHAWI" and declare that Defendants' actions are unlawful under the applicable federal statutes.

6. **Grant Such Other and Further Relief:**     Grant such other and further relief as the Court deems just and proper.

Respectfully Submitted this June 16th, 2025

By Andy Altahawi

Plaintiff

Pro Se

_____ (Signature)

## VERIFICATION

I, ANDY ALTAHAWI is the plaintiff in the above-entitled action. I have read the foregoing and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at _____ County, Florida.


DATED: _____  _____


Sworn to me this _____ day of _____, 20___.


_____

Notary public

COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION RELIEF
- 18 -

1

## <u>VERIFICATION</u>

2

3    I, ANDY ALTAHAWI is the plaintiff in the above-entitled action. I have read the foregoing and know the

4    contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on

5    information and belief, and as to those matters, I believe it to be true.

6    I declare under penalty of perjury that the COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

7    RELIEF  is true and correct and that this declaration was executed at Lee County, Florida.

8

9    ANDY  ALTAHAWI                      06/16/2025 01:26 PM EDT

10   ANDY ALTAHAWI                                    DATED: June 16, 2025

11

12   STATE OF FLORIDA
     COUNTY OF LEE

13

14   Sworn to and subscribed by means of ____ physical presence or __X_ Online Notarization, before me this

15   16th day of June 2025  by, ANDY ALTAHAWI who produced Driver's License as identification to be the person

16   whose name is signed and acknowledged to me that he/she signed it voluntarily for its stated purpose and

17   did take an oath.

                                                                          06/16/2025 01:29 PM EDT

18

19                                       Scott Robert Perreault  

20                                                           _____
                                                             Signature of Notary Public
2    Online Notary Public. This notarial act involved the use     Scott Robert Perreault
     of online audio/video communication technology.             Commission Expires: 06/27/2027
     Notarization facilitated by SIGNiX®                          Commission Number: HH368690
22                                                           Florida Notary ID: 1580896

23

24

25

26

27

28

## Exhibit "A" Notice to Defendant

**Andy Altahawi**
423 SW 147th Ave #706 Miami, FL 33185
andyaltahawi@gmail.com

June 16, 2025

**VIA EMAIL AND CERTIFIED MAIL** Camille Laurent Editor, financescam.com /
intelligenceline.com [Insert Email Address, if known] [Insert Postal Address, if known]

**RE: NOTICE UNDER FLORIDA STATUTES § 770.01:**

### DEMAND FOR RETRACTION OF DEFAMATORY MATERIAL AND TRADEMARK INFRINGEMENT

Dear Ms. Laurent,

Pursuant to *Fla. Stat. § 770.01*, this letter shall serve as formal notice that you have published false, defamatory, and injurious statements concerning me, Andy Altahawi, through articles publicly accessible on financescam.com and intelligenceline.com. These publications falsely assert, among other things, that I have participated in fraudulent crypto schemes and unregistered investment platforms serious accusations which are categorically false and unsupported by any factual record.

In addition to their defamatory nature, your posts have deliberately incorporated my federally registered trademark, "ANDY ALTAHAWI" (U.S. Reg. No. 90705003), without authorization. Your use of this mark in headlines and metadata is intended to manipulate search visibility, trade on my reputation, and dilute the distinctiveness and commercial value of the mark. Furthermore, your submission of counter-notifications under the DMCA process falsely claiming ownership or lawful usage of my trademark constitutes a willful abuse of intellectual property procedures.

**Accordingly, I hereby demand the following:**

1. Immediate and complete removal of all online articles, listings, and search references that contain the infringing and defamatory statements concerning me or my trademark;
2. A prominently posted public retraction of the statements made, including on all websites under your control or influence;
3. Cessation of any continued use of the name "Andy Altahawi" in published content, page titles, URLs, or search optimization strategies, except where directly authorized by me.

Please be advised that should you fail to issue a full and fair retraction within five (5) calendar days of receipt of this notice, I will initiate legal action against you and all responsible parties, seeking injunctive relief, damages, and other remedies available under the Lanham Act, the Digital Millennium Copyright Act, and applicable state law.

This letter is sent without prejudice to any other rights, claims, or remedies I may have under law or in equity, all of which are expressly reserved.

Sincerely,

**Andy Altahawi**
Plaintiff, Pro Se

**Exhibit B USPTO Trademark**





# Exhibit C
# Reinstatement request Records ,
# NOTICE UNDER FLORIDA STATUTES_ Exhibit A
# and correspondence & via Google

**Andy Altahawi**
423 SW 147th Ave #706 Miami, FL 33185
andyaltahawi@gmail.com

June 16, 2025

**VIA EMAIL AND CERTIFIED MAIL** Camille Laurent Editor, financescam.com / intelligenceline.com [Insert Email Address, if known] [Insert Postal Address, if known]

**RE: NOTICE UNDER FLORIDA STATUTES § 770.01:**

### DEMAND FOR RETRACTION OF DEFAMATORY MATERIAL AND TRADEMARK INFRINGEMENT

Dear Ms. Laurent,

Pursuant to *Fla. Stat. § 770.01*, this letter shall serve as formal notice that you have published false, defamatory, and injurious statements concerning me, Andy Altahawi, through articles publicly accessible on financescam.com and intelligenceline.com. These publications falsely assert, among other things, that I have participated in fraudulent crypto schemes and unregistered investment platforms serious accusations which are categorically false and unsupported by any factual record.

In addition to their defamatory nature, your posts have deliberately incorporated my federally registered trademark, "ANDY ALTAHAWI" (U.S. Reg. No. 90705003), without authorization. Your use of this mark in headlines and metadata is intended to manipulate search visibility, trade on my reputation, and dilute the distinctiveness and commercial value of the mark. Furthermore, your submission of counter-notifications under the DMCA process falsely claiming ownership or lawful usage of my trademark constitutes a willful abuse of intellectual property procedures.

**Accordingly, I hereby demand the following:**

1. Immediate and complete removal of all online articles, listings, and search references that contain the infringing and defamatory statements concerning me or my trademark;
2. A prominently posted public retraction of the statements made, including on all websites under your control or influence;
3. Cessation of any continued use of the name "Andy Altahawi" in published content, page titles, URLs, or search optimization strategies, except where directly authorized by me.

Please be advised that should you fail to issue a full and fair retraction within five (5) calendar days of receipt of this notice, I will initiate legal action against you and all responsible parties, seeking injunctive relief, damages, and other remedies available under the Lanham Act, the Digital Millennium Copyright Act, and applicable state law.

This letter is sent without prejudice to any other rights, claims, or remedies I may have under law or in equity, all of which are expressly reserved.

Sincerely,

**Andy Altahawi**
Plaintiff, Pro Se

# [6-7382000038898] Your Request to Google

Inbox

Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**                                Mon, Jun 16,
                                                       4:46 PM (2
                                                       days ago)

to me

Hello,

Thanks for reaching out to us.

We recognize your concern, but there is nothing that Google can do to remove content from third-party web pages.

Google simply aggregates information already published on the web. We bring you different web pages that relate to your search request, but we don't make any claims about the content of these pages. For more information, please see our Terms of Service at https://www.google.com/policies/terms/. In matters involving trademark, it is best to directly address the webmaster of the page in question.

Please visit https://support.google.com/websearch/answer/9109 to learn how to contact a site's webmaster and request a change. If you are concerned about Google Ads advertising, please follow the trademark complaint steps outlined at https://support.google.com/adspolicy/answer/2562124.

If you pursue legal action against the webmaster that results in the webmaster making changes to the site, our search results will display this change after we next crawl the site. If you need us to expedite the removal of the cached copy, please submit your

request using our webpage removal request tool
at http://www.google.com/webmasters/tools/removals.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*


**Andy Altahawi <andyaltahawi@gmail.com>**                    Tue, Jun 17,
                                                              3:52 AM (1
                                                              day ago)
to removals

Subject: Notice of Intent to File Federal Action – DMCA Execution Relief Request

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the
federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am
in the process of pursuing judicial relief in the United States
District Court for the Southern District of Florida regarding
unauthorized and defamatory uses of my trademark and the improper
execution of the DMCA takedown/reinstatement process by various online
parties.

Despite prior correspondence explaining that Google is an aggregator
of third-party content, the manner in which the DMCA process has been
exploited in this matter has compounded the harm done to my reputation
and the dilution of my trademark. Accordingly, I intend to assert
claims against all responsible parties, including Google, if it is
determined that Google's systems have contributed to or enabled this
ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if
this matter proceeds to litigation, it may become necessary to seek a
court order directing Google to remedy any wrongful caching or display
of infringing content pursuant to the DMCA. I would prefer to resolve
this matter amicably and urge Google to consider my concerns with the
utmost attention.

Thank you for your prompt consideration. Please let me know if you
require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se
305-504-3440

ReplyForward

You can't react with an emoji to a group

[5-9392000038604] Your Request to Google

Inbox

Search for all messages with label Inbox

Remove label Inbox from this conversation



**removals@google.com**                                    Tue, Jun 17,
                                                           1:42 PM (1
                                                           day ago)

to me

Hello,

In response to your copyright removal request, we've removed the
content in question in all regions. However, the affected user has
submitted a counter notice to dispute the removal. To help you
understand the counter notice, a text copy is shown below.

We will reinstate the content in question in 10 business days unless you
file a legal action seeking a court order to restrain the alleged
infringement. Alternatively, you may have access to an out-of-court
dispute resolution process. To learn more about your options in the EU,
go to https://support.google.com/european-union-digital-services-act-
redress-options. To learn more about your options in the US, go
to https://support.google.com/legal/answer/4558836.

If you choose to pursue one of these options, please send us supporting
documentation. If we receive your documentation after we have

reinstated the alleged infringing content, we will reverse the reinstatement.

=====================================

Country of residence

United States


Full legal name

Camille Laurent


Your Title

Editor


Contact email address

hello@criticalintel.com


Address

256 Chapman Road STE 105-4, Newark, Delaware, United States 19702


Phone number

863-323-2810


URL(s) of the content in question

https://www.intelligenceline.com/r/Reports/176610/andy-altahawi-longfins-deceptive-crypto-puppet/


Why are you requesting reinstatement?

Select one of the options below.

I am the owner of the content.

Please provide more details to justify your request

This is a fake DMCA notice. The complainant does not own the copyright to this article. A reputation agency filed it by copying and backdating my article on a free blog and then filing the fake DMCA. This tactic is used to censor online speech and is exposed at - https://lumendatabase.org/blog_entries/over-thirty-thousand-dmca-notices-reveal-an-organized-attempt-to-abuse-copyright-law A message to the person who filed this DMCA - This is a battle you cannot win. By the time you file 40-50 DMCAs daily, we keep on adding 1 new site and 100+ articles. In 15 days when all the fake DMCAs are reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the truth. Online censorship DOES NOT work. So keep sending all these fake DMCAs, and we will keep on adding 10x new articles for each fake DMCA you file against us.

I swear, under penalty of perjury, that I have a good faith belief that the content identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Check to confirm

The information I have provided above is accurate to the best of my ability.

Check to confirm

Signature

Camille Laurent

======================================

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

**Andy Altahawi <andyaltahawi@gmail.com>**                    Tue, Jun 17,
                                                              10:26 PM (1
                                                              day ago)

to removals

Subject: Notice of Intent to File Federal Action – DMCA Execution Relief Request

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the
federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am
in the process of pursuing judicial relief in the United States
District Court for the Southern District of Florida regarding
unauthorized and defamatory uses of my trademark and the improper
execution of the DMCA takedown/reinstatement process by various online
parties.

Despite prior correspondence explaining that Google is an aggregator
of third-party content, the manner in which the DMCA process has been
exploited in this matter has compounded the harm done to my reputation
and the dilution of my trademark. Accordingly, I intend to assert
claims against all responsible parties, including Google, if it is
determined that Google's systems have contributed to or enabled this
ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if
this matter proceeds to litigation, it may become necessary to seek a

court order directing Google to remedy any wrongful caching or display of infringing content pursuant to the DMCA. I would prefer to resolve this matter amicably and urge Google to consider my concerns with the utmost attention.

Thank you for your prompt consideration. Please let me know if you require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se 305-504-3440

**Andy Altahawi <andyaltahawi@gmail.com>**                7:55 PM
(2 hours ago)

to removals

Hi,

Thank you for your critical input. We are filing a "Complaint and Motion for Preliminary Injunction Relief for Trademark Infringement, Defamation, and DMCA Abuse" in the United States District Court for the Southern District of Florida.

We will email you our court filing and the Docket number later this week.

However, the same party has been bothering us with numerous trademark violations, and a number of our DMCA takedown notices have been rejected by Google; could you help remove those rejections until we provide you the filed court complaint and motion for preliminary injunction relief for trademark infringement this Friday.

Rejected DMCA's by Google:

3-3943000039158DMCAJun 14, 2025 12:11 PM Rejected
6-7382000038898DMCAJun 13, 2025 04:19 PM Rejected
8-1749000039337DMCAJun 12, 2025 09:40PMRejected

Please advise?
Andy

# [6-7382000038898] Your Request to Google

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**                                          1:00 PM
                                                                (9 hours
                                                                ago)

to me

Hello,

Thanks for reaching out to us.

Please note the remaining URLs in your request have been forwarded to the appropriate team for processing. While you may not receive any further response from them, know that they are investigating the issues you raised in your correspondence and will take action as appropriate.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

# [8-9285000038605] Your Request to Google

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**

Tue, Jun 17,
8:43 AM (1
day ago)

to me

Hello,

In response to your copyright removal request, we've removed the content
in question in all regions. However, the affected user has submitted a
counter notice to dispute the removal. To help you understand the counter
notice, a text copy is shown below.

We will reinstate the content in question in 10 business days unless you file
a legal action seeking a court order to restrain the alleged infringement.
Alternatively, you may have access to an out-of-court dispute resolution
process. To learn more about your options in the EU, go
to https://support.google.com/european-union-digital-services-act-redress-
options. To learn more about your options in the US, go
to https://support.google.com/legal/answer/4558836.

If you choose to pursue one of these options, please send us supporting
documentation. If we receive your documentation after we have reinstated
the alleged infringing content, we will reverse the reinstatement.

========================================

Country of residence

United States


Full legal name

Camille Laurent


Your Title

Editor

Contact email address

hello@criticalintel.com

Address

256 Chapman Road STE 105-4, Newark, Delaware, United States 19702

Phone number

863-323-2810

URL(s) of the content in question

https://www.intelligenceline.com/r/Reports/147402/andy-altahawi-used-legal-threats-to-silence-journalists-exposing-his-crimes/

Why are you requesting reinstatement?

Select one of the options below.

I am the owner of the content.

Please provide more details to justify your request

This is a fake DMCA notice. The complainant does not own the copyright to this article. A reputation agency filed it by copying and backdating my article on a free blog and then filing the fake DMCA. This tactic is used to censor online speech and is exposed at - https://lumendatabase.org/blog_entries/over-thirty-thousand-dmca-notices-reveal-an-organized-attempt-to-abuse-copyright-law A message to the person who filed this DMCA - This is a battle you cannot win. By the time

you file 40-50 DMCAs daily, we keep on adding 1 new site and 100+ articles. In 15 days when all the fake DMCAs are reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the truth. Online censorship DOES NOT work. So keep sending all these fake DMCAs, and we will keep on adding 10x new articles for each fake DMCA you file against us.

Check to confirm

I swear, under penalty of perjury, that I have a good faith belief that the content identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Check to confirm

The information I have provided above is accurate to the best of my ability.

Check to confirm

Signature

Camille Laurent

==================================================

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

**Andy Altahawi <andyaltahawi@gmail.com>**                    Tue, Jun 17, 1:28 PM (1 day ago)

to removals

Subject: Notice of Intent to File Federal Action – DMCA Execution Relief Request

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the
federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am
in the process of pursuing judicial relief in the United States
District Court for the Southern District of Florida regarding
unauthorized and defamatory uses of my trademark and the improper
execution of the DMCA takedown/reinstatement process by various online
parties.

Despite prior correspondence explaining that Google is an aggregator
of third-party content, the manner in which the DMCA process has been
exploited in this matter has compounded the harm done to my reputation
and the dilution of my trademark. Accordingly, I intend to assert
claims against all responsible parties, including Google, if it is
determined that Google's systems have contributed to or enabled this
ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if
this matter proceeds to litigation, it may become necessary to seek a
court order directing Google to remedy any wrongful caching or display
of infringing content pursuant to the DMCA. I would prefer to resolve
this matter amicably and urge Google to consider my concerns with the
utmost attention.

Thank you for your prompt consideration. Please let me know if you
require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se
305-504-3440

r

**removals@google.com**                                   10:42 A
                                                          M (12
                                                          hours
                                                          ago)

to me

Hello,

Thanks for reaching out to us.

We received a counter notice in response to your copyright removal request and sent you a copy of that notice with our previous message. To stop the reinstatement process, you don't need a court order. Instead, you must submit proof to us that you have filed either an action that seeks a court order to restrain the alleged infringement or a claim with a qualified dispute resolution provider. Learn more about your options in the EU here and in the US here. Please send us a file-stamped copy of the action or claim that you filed.

If you believe that the counter notice is not valid, please explain why.

**Andy Altahawi <andyaltahawi@gmail.com>**                          7:53 PM
                                                                    (3 hours
                                                                    ago)

to removals

Hi,

Thank you for your critical input. We are filing a "Complaint and Motion for Preliminary Injunction Relief for Trademark Infringement, Defamation, and DMCA Abuse" in the United States District Court for the Southern District of Florida.

We will email you our court filing and the Docket number later this week.

However, the same party has been bothering us with numerous trademark violations, and a number of our DMCA takedown notices have been rejected by Google; could you help remove those rejections until we provide you the filed court complaint and motion for preliminary injunction relief for trademark infringement this Friday.

Rejected DMCA's by Google:

3-3943000039158DMCAJun 14, 2025 12:11 PM Rejected
6-7382000038898DMCAJun 13, 2025 04:19 PM Rejected
8-1749000039337DMCAJun 12, 2025 09:40PMRejected

Please advise?
Andy

ReplyForward

You can't react with an emoji to a group

Collapse all

Print all

In new window

# [2-8590000039425] Your Request to Google

Inbox

Search for all messages with label Inbox

Remove label Inbox from this conversation

**removals@google.com**

Sun, Jun 15, 8:45 PM (3 days ago)

to me

Hello,

In response to your copyright removal request, we've removed the content in question in all regions. However, the affected user has submitted a counter notice to dispute the removal. To help you understand the counter notice, a text copy is shown below.

We will reinstate the content in question in 10 business days unless you file a legal action seeking a court order to restrain the alleged infringement. Alternatively, you may have access to an out-of-court dispute resolution process. To learn more about your options in the EU, go to https://support.google.com/european-union-digital-services-act-redress-options. To learn more about your options in the US, go to https://support.google.com/legal/answer/4558836.

If you choose to pursue one of these options, please send us supporting documentation. If we receive your documentation after we have reinstated the alleged infringing content, we will reverse the reinstatement.

===========================================

Country of residence

United States


Full legal name

Camille Laurent


Your Title

Editor


Contact email address

hello@criticalintel.com


Address

256 Chapman Road STE 105-4, Newark, Delaware, United States 19702


Phone number

863-323-2810


URL(s) of the content in question

https://www.financescam.com/2025/05/27/andy-altahawi-a-reputation-tarnished-by-securities-fraud/

Why are you requesting reinstatement?

Select one of the options below.

I am the owner of the content.

Please provide more details to justify your request

This is a fake DMCA notice. The complainant does not own the copyright to this article. A reputation agency filed it by copying and backdating my article on a free blog and then filing the fake DMCA. This tactic is used to censor online speech and is exposed at
- https://lumendatabase.org/blog_entries/over-thirty-thousand-dmca-notices-reveal-an-organized-attempt-to-abuse-copyright-law A message to the person who filed this DMCA - This is a battle you cannot win. By the time you file 40-50 DMCAs daily, we keep on adding 1 new site and 100+ articles. In 15 days when all the fake DMCAs are reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the truth. Online censorship DOES NOT work. So keep sending all these fake DMCAs, and we will keep on adding 10x new articles for each fake DMCA you file against us.

I swear, under penalty of perjury, that I have a good faith belief that the content identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Check to confirm

The information I have provided above is accurate to the best of my ability.

Check to confirm

Signature

Camille Laurent

========================================

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

**Andy Altahawi <andyaltahawi@gmail.com>**                    Sun, Jun 15,
                                                                9:22 PM (3
                                                                days ago)

to removals

Hi Google,

  The provided article infringes on the federally registered trademark "Andy Altahawi"
(Registration No. 90705003). Your claim is denied; I am not a reputation agency, as
described above, and we did not employ any tactics to remove your content.
Your article violates our trademark and should be deleted in accordance with DMCA
guidelines.

Andy Altahawi
Trademark "Andy Altahawi" (Registration No. 90705003)

**Andy Altahawi <andyaltahawi@gmail.com>**                    Sun, Jun 15,
                                                                9:23 PM (3
                                                                days ago)

to aadamson

**Andy Altahawi <andyaltahawi@gmail.com>**                    Tue, Jun 17,
                                                                1:29 PM (1
                                                                day ago)

to removals

Subject: Notice of Intent to File Federal Action – DMCA Execution Relief Request

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the
federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am

in the process of pursuing judicial relief in the United States
District Court for the Southern District of Florida regarding
unauthorized and defamatory uses of my trademark and the improper
execution of the DMCA takedown/reinstatement process by various online
parties.

Despite prior correspondence explaining that Google is an aggregator
of third-party content, the manner in which the DMCA process has been
exploited in this matter has compounded the harm done to my reputation
and the dilution of my trademark. Accordingly, I intend to assert
claims against all responsible parties, including Google, if it is
determined that Google's systems have contributed to or enabled this
ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if
this matter proceeds to litigation, it may become necessary to seek a
court order directing Google to remedy any wrongful caching or display
of infringing content pursuant to the DMCA. I would prefer to resolve
this matter amicably and urge Google to consider my concerns with the
utmost attention.

Thank you for your prompt consideration. Please let me know if you
require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se
305-504-3440



**removals@google.com**                                    Tue, Jun 17,
                                                           9:27 PM (1
                                                           day ago)

to me

Hello,

Thanks for reaching out to us.

We received a counter notice in response to your copyright removal request and sent
you a copy of that notice with our previous message. To stop the reinstatement process,
you don't need a court order. Instead, you must submit proof to us that you have filed

either an action that seeks a court order to restrain the alleged infringement or a claim with a qualified dispute resolution provider. Learn more about your options in the EU here and in the US here. Please send us a file-stamped copy of the action or claim that you filed.

If you believe that the counter notice is not valid, please explain why.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

# [3-3943000039158] Your Request to Google

**Inbox**

Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**                                    Tue, Jun 17, 9:22 AM (1 day ago)

to me

Hello,

Thanks for reaching out to us.

We've reviewed your complaint, but it is unclear to us whether you are asserting that the material in question infringes your copyright or your trademark.

In cases involving trademark, if a contact email address is listed, we recommend you working directly with the author to have the information in question removed or changed.

If you are concerned that the material in question infringes your copyright, please clarify the specific copyrighted work or works are that you are asserting have been infringed.

If we do not receive further information from you as requested above, we will be unable to take further action on your removal request. As always, we encourage you to resolve

any disputes with the author of the content in question before directing any request to Google.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*



### Andy Altahawi <andyaltahawi@gmail.com>

Tue, Jun 17, 1:28 PM (1 day ago)

to removals

Subject: Notice of Intent to File Federal Action – DMCA Execution Relief Request

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am in the process of pursuing judicial relief in the United States District Court for the Southern District of Florida regarding unauthorized and defamatory uses of my trademark and the improper execution of the DMCA takedown/reinstatement process by various online parties.

Despite prior correspondence explaining that Google is an aggregator of third-party content, the manner in which the DMCA process has been exploited in this matter has compounded the harm done to my reputation and the dilution of my trademark. Accordingly, I intend to assert claims against all responsible parties, including Google, if it is determined that Google's systems have contributed to or enabled this ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if this matter proceeds to litigation, it may become necessary to seek a court order directing Google to remedy any wrongful caching or display of infringing content pursuant to the DMCA. I would prefer to resolve this matter amicably and urge Google to consider my concerns with the utmost attention.

Thank you for your prompt consideration. Please let me know if you

require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se
305-504-3440



**removals@google.com**                                    Tue, Jun 17,
                                                           4:48 PM (1
                                                           day ago)
to me

Hello,

Thanks for reaching out to us.

We recognize your concern, but there is nothing that Google can do to remove content
from third-party web pages.

Google simply aggregates information already published on the web. We bring you
different web pages that relate to your search request, but we don't make any claims
about the content of these pages. For more information, please see our Terms of
Service at https://www.google.com/policies/terms/. In matters involving trademark, it is
best to directly address the webmaster of the page in question.

Please visit https://support.google.com/websearch/answer/9109 to learn how to contact
a site's webmaster and request a change. If you are concerned about Google Ads
advertising, please follow the trademark complaint steps outlined
at https://support.google.com/adspolicy/answer/2562124.

If you pursue legal action against the webmaster that results in the webmaster making
changes to the site, our search results will display this change after we next crawl the
site. If you need us to expedite the removal of the cached copy, please submit your
request using our webpage removal request tool
at http://www.google.com/webmasters/tools/removals.

Regards,

The Google Team

**Andy Altahawi <andyaltahawi@gmail.com>**                    7:55 PM
                                                              (3 hours
                                                              ago)
to removals

Hi,

Thank you for your critical input. We are filing a "Complaint and
Motion for Preliminary Injunction Relief for Trademark Infringement,
Defamation, and DMCA Abuse" in the United States District Court for
the Southern District of Florida.

We will email you our court filing and the Docket number later this week.

However, the same party has been bothering us with numerous trademark
violations, and a number of our DMCA takedown notices have been
rejected by Google; could you help remove those rejections until we
provide you the filed court complaint and motion for preliminary
injunction relief for trademark infringement this Friday.

Rejected DMCA's by Google:

3-3943000039158DMCAJun 14, 2025 12:11 PM Rejected
6-7382000038898DMCAJun 13, 2025 04:19 PM Rejected
8-1749000039337DMCAJun 12, 2025 09:40PMRejected

Please advise?
Andy


On Tue, Jun 17, 2025 at 4:48 PM <removals@google.com> wrote:
>
> Hello,
>
> Thanks for reaching out to us.
>
> We recognize your concern, but there is nothing that Google can do
to remove content from third-party web pages.
>
> Google simply aggregates information already published on the web. We bring you
different web pages that relate to your search request, but we don't make any claims
about the content of these pages. For more information, please see our Terms of
Service at https://www.google.com/policies/terms/. In matters involving trademark, it is
best to directly address the webmaster of the page in question.
>

> Please visit https://support.google.com/websearch/answer/9109 to learn how to contact a site's webmaster and request a change. If you are concerned about Google Ads advertising, please follow the trademark complaint steps outlined at https://support.google.com/adspolicy/answer/2562124.
>
> If you pursue legal action against the webmaster that results in the webmaster making changes to the site, our search results will display this change after we next crawl the site. If you need us to expedite the removal of the cached copy, please submit your request using our webpage removal request tool at http://www.google.com/webmasters/tools/removals.
>
> Regards,
>
> The Google Team
>
>

ReplyForward
You can't react with an emoji to a group

# [5-4057000039124] Your Request to Google
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**                                        12:26 P
                                                               M (10
                                                               hours
                                                               ago)

to me

Hello,

In response to your copyright removal request, we've removed the content in question in all regions. However, the affected user has submitted a counter notice to dispute the removal. To help you understand the counter notice, a text copy is shown below.

We will reinstate the content in question in 10 business days unless you file a legal action seeking a court order to restrain the alleged infringement.

Alternatively, you may have access to an out-of-court dispute resolution process. To learn more about your options in the EU, go to https://support.google.com/european-union-digital-services-act-redress-options. To learn more about your options in the US, go to https://support.google.com/legal/answer/4558836.

If you choose to pursue one of these options, please send us supporting documentation. If we receive your documentation after we have reinstated the alleged infringing content, we will reverse the reinstatement.

==========================================

Country of residence

United States


Full legal name

Camille Laurent


Your Title

Editor


Contact email address

hello@criticalintel.com


Address

256 Chapman Road STE 105-4, Newark, Delaware, United States 19702


Phone number

863-323-2810

URL(s) of the content in question

https://www.intelligenceline.com/r/Reports/176634/andy-altahawi-longfins-crypto-scam-enabler/


Why are you requesting reinstatement?

Select one of the options below.

I am the owner of the content.


Please provide more details to justify your request

This is a fake DMCA notice. The complainant does not own the copyright to this article. A reputation agency filed it by copying and backdating my article on a free blog and then filing the fake DMCA. This tactic is used to censor online speech and is exposed at
- https://lumendatabase.org/blog_entries/over-thirty-thousand-dmca-notices-reveal-an-organized-attempt-to-abuse-copyright-law A message to the person who filed this DMCA - This is a battle you cannot win. By the time you file 40-50 DMCAs daily, we keep on adding 1 new site and 100+ articles. In 15 days when all the fake DMCAs are reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the truth. Online censorship DOES NOT work. So keep sending all these fake DMCAs, and we will keep on adding 10x new articles for each fake DMCA you file against us.


I swear, under penalty of perjury, that I have a good faith belief that the content identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Check to confirm


The information I have provided above is accurate to the best of my ability.

Check to confirm


Signature

Camille Laurent



====================================

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*


**Andy Altahawi <andyaltahawi@gmail.com>**                    7:52 PM
                                                             (3 hours
                                                             ago)
to removals

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the
federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am
in the process of pursuing judicial relief in the United States
District Court for the Southern District of Florida regarding
unauthorized and defamatory uses of my trademark and the improper
execution of the DMCA takedown/reinstatement process by various online
parties.

Despite prior correspondence explaining that Google is an aggregator
of third-party content, the manner in which the DMCA process has been
exploited in this matter has compounded the harm done to my reputation
and the dilution of my trademark. Accordingly, I intend to assert
claims against all responsible parties, including Google, if it is
determined that Google's systems have contributed to or enabled this
ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if
this matter proceeds to litigation, it may become necessary to seek a
court order directing Google to remedy any wrongful caching or display
of infringing content pursuant to the DMCA. I would prefer to resolve

this matter amicably and urge Google to consider my concerns with the utmost attention.

Thank you for your prompt consideration. Please let me know if you require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se 305-504-3440

ReplyForward

You can't react with an emoji to a group

# [2-3850000038832] Your Request to Google

Inbox

Search for all messages with label Inbox
Remove label Inbox from this conversation

r

**removals@google.com**                                    Mon, Jun 16,
                                                           11:07 AM (2
                                                           days ago)

to me

Hello,

In response to your copyright removal request, we've removed the content in question in all regions. However, the affected user has submitted a counter notice to dispute the removal. To help you understand the counter notice, a text copy is shown below.

We will reinstate the content in question in 10 business days unless you file a legal action seeking a court order to restrain the alleged infringement. Alternatively, you may have access to an out-of-court dispute resolution process. To learn more about your options in the EU, go to https://support.google.com/european-union-digital-services-act-redress-options. To learn more about your options in the US, go to https://support.google.com/legal/answer/4558836.

If you choose to pursue one of these options, please send us supporting documentation. If we receive your documentation after we have reinstated the alleged infringing content, we will reverse the reinstatement.

=========================================

Country of residence

United States

Full legal name

Camille Laurent

Your Title

Editor

Contact email address

hello@criticalintel.com

Address

256 Chapman Road STE 105-4, Newark, Delaware, United States 19702

Phone number

863-323-2810

URL(s) of the content in question

https://www.intelligenceline.com/r/Reports/147416/andy-altahawi-unveiled-a-fintech-fraudsters-web-of-deception-and-danger/

Why are you requesting reinstatement?

Select one of the options below.

I am the owner of the content.

Please provide more details to justify your request

This is a fake DMCA notice. The complainant does not own the copyright to this article. A reputation agency filed it by copying and backdating my article on a free blog and then filing the fake DMCA. This tactic is used to censor online speech and is exposed at
- https://lumendatabase.org/blog_entries/over-thirty-thousand-dmca-notices-reveal-an-organized-attempt-to-abuse-copyright-law A message to the person who filed this DMCA - This is a battle you cannot win. By the time you file 40-50 DMCAs daily, we keep on adding 1 new site and 100+ articles. In 15 days when all the fake DMCAs are reinstated, there is nothing you can do. We have the time, and the resolve to keep posting the truth. Online censorship DOES NOT work. So keep sending all these fake DMCAs, and we will keep on adding 10x new articles for each fake DMCA you file against us.

I swear, under penalty of perjury, that I have a good faith belief that the content identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Check to confirm

The information I have provided above is accurate to the best of my ability.

Check to confirm

Signature

Camille Laurent

========================================

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

**Andy Altahawi <andyaltahawi@gmail.com>**                Tue, Jun 17,
                                                          3:52 AM (1
                                                          day ago)

to removals

Subject: Notice of Intent to File Federal Action – DMCA Execution Relief Request

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the
federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am
in the process of pursuing judicial relief in the United States
District Court for the Southern District of Florida regarding
unauthorized and defamatory uses of my trademark and the improper
execution of the DMCA takedown/reinstatement process by various online
parties.

Despite prior correspondence explaining that Google is an aggregator
of third-party content, the manner in which the DMCA process has been
exploited in this matter has compounded the harm done to my reputation
and the dilution of my trademark. Accordingly, I intend to assert
claims against all responsible parties, including Google, if it is
determined that Google's systems have contributed to or enabled this
ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if
this matter proceeds to litigation, it may become necessary to seek a
court order directing Google to remedy any wrongful caching or display
of infringing content pursuant to the DMCA. I would prefer to resolve
this matter amicably and urge Google to consider my concerns with the

utmost attention.

Thank you for your prompt consideration. Please let me know if you require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se 305-504-3440



**removals@google.com**                                              3:24 PM
                                                                      (7 hours
                                                                      ago)

to me

Hello,

Thanks for reaching out to us.

We received a counter notice in response to your copyright removal request and sent you a copy of that notice with our previous message. To stop the reinstatement process, you don't need a court order. Instead, you must submit proof to us that you have filed either an action that seeks a court order to restrain the alleged infringement or a claim with a qualified dispute resolution provider. Learn more about your options in the EU here and in the US here. Please send us a file-stamped copy of the action or claim that you filed.

If you believe that the counter notice is not valid, please explain why.

**Andy Altahawi <andyaltahawi@gmail.com>**                            7:49 PM
                                                                      (3 hours
                                                                      ago)

to removals

Hi,

Thank you for your critical input. We are filing a "Complaint and Motion for Preliminary Injunction Relief for Trademark Infringement, Defamation, and DMCA Abuse" in the United States District Court for the Southern District of Florida.

We will email you our court filing and the Docket number later this week.

However, the same party has been bothering us with numerous trademark violations, and a number of our DMCA takedown notices have been rejected by Google; could you help remove those rejections until we provide you the filed court complaint and motion for preliminary injunction relief for trademark infringement this Friday.

Rejected DMCA's by Google:

3-3943000039158DMCAJun 14, 2025 12:11 PM Rejected
6-7382000038898DMCAJun 13, 2025 04:19 PM Rejected
8-1749000039337DMCAJun 12, 2025 09:40PMRejected

Please advise?

ReplyForward
You can't react with an emoji to a group

# [8-8515000038658] Your Request to Google

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**

12:40 P
M (10
hours
ago)

to me

Hello,

In response to your copyright removal request, we've removed the content in question in all regions. However, the affected user has submitted a counter notice to dispute the removal. To help you understand the counter notice, a text copy is shown below.

We will reinstate the content in question in 10 business days unless you file a legal action seeking a court order to restrain the alleged infringement. Alternatively, you may have access to an out-of-court dispute resolution process. To learn more about your options in the EU, go to https://support.google.com/european-union-digital-services-act-redress-options. To learn more about your options in the US, go to https://support.google.com/legal/answer/4558836.

If you choose to pursue one of these options, please send us supporting documentation. If we receive your documentation after we have reinstated the alleged infringing content, we will reverse the reinstatement.

====================================

Country of residence

United States


Full legal name

Camille Laurent


Your Title

Editor


Contact email address

hello@criticalintel.com


Address

256 Chapman Road STE 105-4, Newark, Delaware, United States 19702


Phone number

863-323-2810


URL(s) of the content in question

https://www.intelligenceline.com/r/Reports/176621/andy-altahawi-longfins-crypto-scam-orchestrator/


Why are you requesting reinstatement?

Select one of the options below.

I am the owner of the content.


Please provide more details to justify your request

This is a fake DMCA notice. The complainant does not own the copyright to
this article. A reputation agency filed it by copying and backdating my
article on a free blog and then filing the fake DMCA. This tactic is used to
censor online speech and is exposed at
- https://lumendatabase.org/blog_entries/over-thirty-thousand-dmca-notices-
reveal-an-organized-attempt-to-abuse-copyright-law A message to the
person who filed this DMCA - This is a battle you cannot win. By the time
you file 40-50 DMCAs daily, we keep on adding 1 new site and 100+
articles. In 15 days when all the fake DMCAs are reinstated, there is nothing
you can do. We have the time, and the resolve to keep posting the truth.
Online censorship DOES NOT work. So keep sending all these fake
DMCAs, and we will keep on adding 10x new articles for each fake DMCA
you file against us.


I swear, under penalty of perjury, that I have a good faith belief that the
content identified above was removed or disabled as a result of a mistake or
misidentification of the material to be removed or disabled.

Check to confirm

The information I have provided above is accurate to the best of my ability.

Check to confirm

Signature

Camille Laurent

=========================================

Regards,

The Google Team

*For more information about our content removal process, see* g.co/legal.

**Andy Altahawi <andyaltahawi@gmail.com>**                7:52 PM
                                                         (3 hours
                                                            ago)

to removals

Dear Google Team,

I am writing to inform you that I, Andy Altahawi, the owner of the federally registered trademark "ANDY ALTAHAWI" (Reg. No. 90705003), am in the process of pursuing judicial relief in the United States District Court for the Southern District of Florida regarding unauthorized and defamatory uses of my trademark and the improper execution of the DMCA takedown/reinstatement process by various online parties.

Despite prior correspondence explaining that Google is an aggregator of third-party content, the manner in which the DMCA process has been exploited in this matter has compounded the harm done to my reputation and the dilution of my trademark. Accordingly, I intend to assert claims against all responsible parties, including Google, if it is determined that Google's systems have contributed to or enabled this ongoing abuse, as provided under applicable legal standards.

I understand Google's policies and safe harbor provisions. However, if this matter proceeds to litigation, it may become necessary to seek a court order directing Google to remedy any wrongful caching or display of infringing content pursuant to the DMCA. I would prefer to resolve this matter amicably and urge Google to consider my concerns with the utmost attention.

Thank you for your prompt consideration. Please let me know if you require any further information regarding this matter.

Sincerely,

Andy Altahawi 423 SW 147th Ave #706 Miami, FL 33185 Plaintiff, Pro Se 305-504-3440

ReplyForward

You can't react with an emoji to a group

# [8-1749000039337] Your Request to Google

Inbox

Search for all messages with label Inbox
Remove label Inbox from this conversation



**removals@google.com**                                    10:20 A
M (12
hours
ago)

to me

Hello,

Thanks for reaching out to us.

We recognize your concern, but there is nothing that Google can do to remove content from third-party web pages.

Google simply aggregates information already published on the web. We bring you different web pages that relate to your search request, but we don't make any claims about the content of these pages. For more information, please see our Terms of Service at https://www.google.com/policies/terms/. In matters involving trademark, it is best to directly address the webmaster of the page in question.

Please visit https://support.google.com/websearch/answer/9109 to learn how to contact a site's webmaster and request a change. If you are concerned about Google Ads advertising, please follow the trademark complaint steps outlined at https://support.google.com/adspolicy/answer/2562124.

If you pursue legal action against the webmaster that results in the webmaster making changes to the site, our search results will display this change after we next crawl the site. If you need us to expedite the removal of the cached copy, please submit your request using our webpage removal request tool at http://www.google.com/webmasters/tools/removals.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

## Exhibit D Screenshot of Defendant page

