UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22806-EAL

FILED BY _MP_ D.C.

JAN 23 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ANDY ALTAHAWI, an individual

    Plaintiff,

v.

CAMILE LAURENT, an individual;

FINANCESCAM.COM; INTELLIGENCELINE.COM;

and DOES 1 -50,

    Defendants.

and,

Google, Inc.; Yahoo, Inc.; Microsoft Bing, and

other 3rd Party internet service providers and

Webmasters as Necessary Parties

_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Andy Altahawi, Pro Se, hereby gives notice that this action is voluntarily dismissed as to all Defendants and Necessary Third Parties. Plaintiff has served two Third Parties who have not filed an answer or other responsive pleading, nor are they expected to do so. Accordingly, Plaintiff notices this first voluntary dismissal of the action, without prejudice (Fed. R. Civ. P. 41(a)(1)(B).

Dated: January 19, 2026                          /s/ *Andy Altahawi*

                                                   Andy Altahawi, Plaintiff in Pro Se

                                                   andyaltahawi@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifes that he has served the above document by U.S. Mail on all parties for whom he currently has contact information on this 20th Day of January, 2026

Yahoo Inc., 1209 N. Orange St., Wilmington, DE 19801-1171

Google, LLC, 1001 N. Shoreline Blvd., Mountain View, CA 94043

Dated: January 20, 2026 /s/ *Andy Altahawi*

Andy Altahawi, Plaintiff Pro Se

andyaltahawi@gmail.com

Ph. 305-504-3440



REC'D BY ___ JAN 23 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SHP WT: 1 LBS
1 LBS    1 OF 1
DATE: 20 JAN 2026

AD CLARAMBEAU
(941) 713-0645
THE UPS STORE #2744
8955 US HIGHWAY 301 N
PARRISH FL 34219-8701

SHIP  CLERK OF THE COURT
TO:   (305) 523-5100
      U.S. DISTRICT COURT
      8TH FLOOR
      400 N MIAMI AVE
      MIAMI FL 33128-1801

FL 330 9-03

UPS GROUND
TRACKING #: 1Z 37Y 448 03 4178 5349